B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**HASSEN REAL ESTATE PARTNERSHIP** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**95-3970215** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**100 North Barranca Avenue**<br>**Suite 900**<br>**West Covina, CA 91791-1600**   ZIP CODE **91791-1600** | Street Address of Joint Debtor (No. & Street, City, and State):   ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**Same as street address**   ZIP CODE | Mailing Address of Joint Debtor (if different from street address):   ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **301-477 North Azusa Avenue, West Covina, CA 91791** | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☒ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:   Chapter 11 Debtors**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

THIS SPACE IS FOR COURT USE ONLY

**Statistical/Administrative Information**
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Debts**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

540051v1

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**HASSEN REAL ESTATE PARTNERSHIP** |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: **Eastland Tower Partnership** | Case Number: | Date Filed: |
| District: **Central District of California** | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br>X _____ |
| ☐ Exhibit A is attached and made a part of this petition. | Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

　　☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

　　☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

　　☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

　　☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

　　☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

　　☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

　　　　_____
　　　　(Name of landlord that obtained judgment)

　　　　_____
　　　　(Address of landlord)

　　☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

　　☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

　　☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**HASSEN REAL ESTATE PARTNERSHIP** |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _____<br>Signature of Debtor<br>X _____<br>Signature of Joint Debtor<br><br>Telephone Number (If not represented by attorney)<br><br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X **/s/ Christine M. Pajak**<br>Signature of Attorney for Debtor(s)<br>**Christine M. Pajak (SBN 217173)**<br>Printed Name of Attorney for Debtor(s)<br>**Stutman, Treister & Glatt Professional Corporation**<br>Firm Name<br>**1901 Avenue of the Stars, 12th Floor**<br>**Los Angeles, CA 90067**<br>Address<br><br>**Tel: (310) 228-5600 Fax:(310) 228-5788**<br>Telephone Number<br>April /0, 2011<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br>X _____<br><br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X **/s/ Tarek Alhassen**<br>Signature of Authorized Individual<br>**Tarek Alhassen**<br>Printed Name of Authorized Individual<br>**Secretary of Hassen Real Estate Corporation,**<br>**General Partner of Hassen Real Estate Partnership**<br>Title of Authorized Individual<br>April /0, 2011<br>Date | Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| THEODORE B. STOLMAN (State Bar No. 52099), MARINA FINEMAN (State Bar No. 193065), CHRISTINE M. PAJAK (State Bar No. 217173), and H. ALEXANDER FISCH (State Bar No. 223211), Members of STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION 1901 Avenue of the Stars, 12th Floor Los Angeles, CA 90067 Telephone: (310) 228-5600/Facsimile: (310) 228-5788 E-mails: tstolman@stutman.com; mfineman@stutman.com; cpajak@stutman.com; afisch@stutman.com [Proposed] Reorganization Counsel for Debtor and Debtor in Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: | |
|---|---|
| Hassen Real Estate Partnership, Debtor(s). | CASE NO.: CHAPTER: 11 ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

[X] Petition, statement of affairs, schedules or lists          Date Filed: 4/10/2011
[ ] Amendments to the petition, statement of affairs, schedules or lists   Date Filed: _____
[X] Other: Declaration in Support of First Day Motions          Date Filed: 4/10/2011

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____[signature]_____                          April 8, 2011
*Signature of Authorized Signatory of Filing Party*     *Date*

Tarek Alhassen
*Printed Name of Authorized Signatory of Filing Party*

Secretary of Hassen Real Estate Corporation,
General Partner of Hassen Real Estate Partnership
*Title of Authorized Signatory of Filing Party*

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

/s/ Christine M. Pajak                          April 10, 2011
*Signature of Attorney for Filing Party*     *Date*

/s/ Christine M. Pajak
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

# CERTIFICATE OF SECRETARY
## OF RESOLUTION OF BOARD OF DIRECTORS
## OF HASSEN REAL ESTATE CORPORATION, A CORPORATION,
## IN ITS CAPACITY AS GENERAL PARTNER,
## AUTHORIZING FILING OF PETITION FOR
## HASSEN REAL ESTATE PARTNERSHIP
## UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

I, Tarek Alhassen, do hereby certify:

1. That I am the duly elected and acting Secretary of Hassen Real Estate Corporation, a Delaware corporation (as successor by merger to Hassen Real Estate Corporation, a California corporation) ("this Company").

2. That at a special meeting of the Board of Directors duly held on April 8, 2011, the following resolutions were duly and unanimously enacted, and the same remain in full force and effect, without modifications as of the date hereof:

> **RESOLVED**, that having received all necessary consents from all of the limited partners of Hassen Real Estate Partnership ("Partnership"), the President of this Company in its capacity as General Partner of the Partnership, be and he is hereby authorized to determine, based upon subsequent events, and advice of counsel, whether it is desirable and in the best interests of the Partnership, its creditors, partners and other interested parties, that a petition be filed by the Partnership under the provisions of chapter 11 of the Bankruptcy Code.
>
> **FURTHER RESOLVED**, that, if the President of this Company shall make such a determination, that a petition under said chapter 11 shall be filed as submitted by the President or any other officer of this Company and the same hereby is approved and adopted in all respects, and each of said officers is hereby authorized and directed, on behalf of and in the name of this Company in its capacity as General Partner of the Partnership, to execute and verify such petition and to cause the same to be filed with the United States Bankruptcy Court, Central District of California.

540048v2

**FURTHER RESOLVED**, that the President or any other officer of this Company be, and each of said officers hereby is, authorized to execute and file all petitions, schedules, lists and other papers and to take any and all action which the President of this Company shall deem necessary and proper in connection with such proceedings under said chapter 11 and in that connection to retain and employ all assistance by legal counsel or otherwise which he may deem necessary and proper with a view to the successful termination of such proceedings.

**FURTHER RESOLVED**, that the firm of Stutman, Treister & Glatt Professional Corporation be, and it hereby is, retained as reorganization counsel for this Company in connection with the institution and maintaining of such proceedings.

_____
Tarek Alhassen

Secretary of Hassen Real Estate
Corporation in its capacity as General
Partner of Hassen Real Estate Partnership

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

HASSEN REAL ESTATE PARTNERSHIP,
Debtor

Case No. _____

Chapter 11

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

Following is a list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with FED. R. Bankr. P. 1007(d) for the filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101(30) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT. | UNLIQUIDATED* | DISPUTED* | SUBJECT TO SETOFF* | AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

* The following information is based upon a review of the debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses or counterclaims to the below-listed claims have been completed. Therefore, this listing does not and should not be deemed to constitute: (1) a waiver of any defense, counterclaim or offset to the below-listed claims; (2) an acknowledgment of the allowability of any of the below-listed claims; and/or (3) a waiver of any other right or legal position of the debtor.

540053v2

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | C O N T I N G E N T * | U N L I Q U I D A T E D * | D I S P U T E D * | S U B J E C T   T O   S E T O F F * | AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|---|---|---|
| Athens Services<br>14048 E. Valley Blvd.<br>City of Industry, CA 91746 | Athens Services<br>14048 E. Valley Blvd.<br>City of Industry, CA 91746<br>Accounts Receivable<br>(888) 336-6100 | Trade Debt | | | | | $3,389.81 |
| Arcadia Property Services Inc<br>11730 Hallwood Dr<br>El Monte, CA 91732 | Arcadia Property Services Inc<br>11730 Hallwood Dr<br>El Monte, CA 91732<br>Accounts Receivable<br>(626) 443-5321 | Trade Debt | | | | | $1,950.00 |
| Precision Air Conditioning and Mech Inc<br>PO Box 8488<br>Long Beach, CA 90808 | Precision Air Conditioning and Mech Inc<br>PO Box 8488<br>Long Beach, CA 90808<br>Scott<br>(562) 572-2067 | Trade Debt | | | | | $1,825.83 |
| Southern California Edison<br>G.O.1 Room G44<br>2244 Walnut Grove<br>Rosemead, CA 91770 | Southern California Edison<br>G.O.1 Room G44<br>2244 Walnut Grove<br>Rosemead, CA 91770<br>Accounts Receivable<br>(800) 655-4555 | Trade Debt | | | | | $1,678.79 |
| Newman and Nelson Inc<br>908 S Village Oaks Dr<br>Covina, CA 91722 | Newman and Nelson Inc<br>908 S Village Oaks Dr<br>Covina, CA 91722<br>(626) 331-2283 | Trade Debt | | | | | $75.00 |
| Suburban Water Systems<br>PO Box 6105<br>Covina, CA 91722 | Suburban Water Systems<br>PO Box 6105<br>Covina, CA 91722<br>Accounts Receivable<br>(626) 543-2640 | Trade Debt | | | | | |
| Hydro Connections Inc<br>545 N 2nd Ave<br>Covina, CA 91723 | Hydro Connections Inc<br>545 N 2nd Ave<br>Covina, CA 91723<br>Accounts Receivable<br>(626) 967-4180 | Trade Debt | | | | | |

540053v2

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | S U B J E C T  T O  S E T O F F | AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|---|---|---|
| Encore Lighting<br>2125 S Hellman Ave<br>No E<br>Ontario, CA 91761 | Encore Lighting<br>2125 S Hellman Ave<br>No E<br>Ontario, CA 91761<br>Nick or Steve<br>(909) 923-9311 | Trade Debt | | | | | |
| Ace Pelizon Plumbing<br>120 E Badillo<br>Covina, CA 91723 | Ace Pelizon Plumbing<br>120 E Badillo<br>Covina, CA 91723<br>Accounts Receivable<br>(626) 331-0701 | Trade Debt | | | | | |
| Verizon California<br>PO Box 920041<br>Dallas, TX 75392-0041 | Verizon California<br>PO Box 920041<br>Dallas, TX 75392-0041<br>Accounts Receivable<br>(800) 483-1807 | Trade Debt | | | | | |

540053v2

# DECLARATION UNDER PENALTY OF PERJURY

## ON BEHALF OF A PARTNERSHIP

The undersigned, an officer of Hassen Real Estate Corporation, General Partner of Hassen Real Estate Partnership, declares under penalty of perjury that he has read the foregoing List of Creditors Holding 20 Largest Unsecured Claims, and that it is true and correct to the best of his information and belief.


DATED: April 10, 2011            /s/ **Tarek Alhassen**
                                 Tarek Alhassen
                                 Secretary of Hassen Real Estate
                                 Corporation, General Partner of Hassen
                                 Real Estate Partnership

540053v2

| Party Name, Address and Telephone Number *(CA State Bar No. If Applicable)*<br>THEODORE B. STOLMAN (State Bar No. 52099),<br>MARINA FINEMAN (State Bar No. 193065),<br>CHRISTINE M. PAJAK (State Bar No. 217173), and<br>H. ALEXANDER FISCH (State Bar No. 223211), Members of<br>STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 228-5600/Facsimile: (310) 228-5788<br>E-mails: tstolman@stutman.com; mfineman@stutman.com;<br>    cpajak@stutman.com; afisch@stutman.com | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>**HASSEN REAL ESTATE PARTNERSHIP**<br><br>                                                                                          Debtor. | CHAPTER 11<br>CASE NUMBER<br><br>(No Hearing Required) |

# VENUE DISCLOSURE FORM
# FOR PARTNERSHIPS FILING CHAPTER 11
*(Required by General Order 97-02)*

*Attach additional sheets as necessary and indicate so in each section*

1.  Specify the address(es) of the principal office(s) of the Debtor currently on file with the California Secretary of State *(from Form LP1, LP5, or GP1)*:

    100 North Barranca Avenue, Suite 900
    West Covina, CA 91791

2.  Specify the address of the principal office(s) of the Debtor listed on the Debtor's most recent federal tax return:

    100 North Barranca Avenue, Suite 900
    West Covina, CA 91791

3.  Disclose the current business address(es) for the general partner(s) and all officers of the general partner(s):

    100 North Barranca Avenue, Suite 900
    West Covina, CA 91791

4.  Disclose the current business address(es) where the Debtor's books and records are located:

    100 North Barranca Avenue, Suite 900
    West Covina, CA 91791

5.  List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

    301-477 North Azusa Avenue
    West Covina, CA 91791

6.  Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

    Not applicable.

---

*Rev. 12/99*  This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California.        **VEN-P**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

540108v1

Venue Disclosure Form for Partnerships Filing Chapter 11 - Page 2                                    **VEN-P**

| In re | | CHAPTER 11 |
|---|---|---|
| **HASSEN REAL ESTATE PARTNERSHIP** | | |
| | Debtor. | CASE NUMBER |

7. State the name and address of the individual signing this Statement and the relationship of such individual to the Debtor and to the General Partner of the debtor *(specify)*:

   Tarek Alhassen, Secretary of Hassen Real Estate Corporation, General Partner of Hassen Real Estate Partnership
   100 North Barranca Avenue, Suite 900
   West Covina, CA 91791

8. Total number of attached pages of supporting documentation: **0**

9. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.


Executed on April 10, 2011 at Abu Dhabi, United Arab Emirates.

| Hassen Real Estate Corporation | **/s/ Tarek Alhassen** |
|---|---|
| *Type Name of General Partner* | *Signature of Declarant* |
| | **Tarek Alhassen** |
| | **Secretary of Hassen Real Estate** |
| | **Corporation, General Partner of** |
| | **Hassen Real Estate Partnership** |
| | *Title of Declarant (if any)* |

*Rev. 12/99*  This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **VEN-P**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

540108v1

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   **The Debtor previously sought bankruptcy relief by filing a chapter 11 petition on October 25, 1995 in the United States Bankruptcy Court for the Central District of California, which was assigned case number 2:95-bk-37204-ER. The Honorable Ernest M. Robles presided over the case. In the prior case, the Debtor successfully reorganized, pursuant to a confirmed plan of reorganization, and the case is no longer pending. The real property that was the subject of the prior case is the same real property that is the subject of the current case.**

   **In addition, concurrently with the filing of this petition, a chapter 11 petition was filed by Eastland Tower Partnership.**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   The Debtor previously sought bankruptcy relief by filing a chapter 11 petition on October 25, 1995, in the United States Bankruptcy Court for the Central District of California, which was assigned case number 2:95-bk-37204-ER. The case was assigned to the Honorable Ernest M. Robles. In the prior case, the Debtor successfully reorganized, pursuant to a confirmed plan of reorganization, and the case is no longer pending. The real property that was the subject of the prior case is the same real property that is the subject of the current case.

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   **Not applicable.**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   **Not applicable.**

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised May 2004*
540021v1

**F 1015-2.1**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   Abu Dhabi, United Arab Emirates         /s/ *Tarek Alhassen*
                                                     Tarek Alhassen
                                                     Secretary of Hassen Real Estate Corporation,
                                                     General Partner of Hassen Real Estate Partnership
Dated         April 10, 2011                          *Debtor*


                                                     _____

                                                     *Joint Debtor*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised May 2004*                                                                              **F 1015-2.1**
540021v1

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

THEDORE B. STOLMAN (State Bar No. 52099),
MARINA FINEMAN (State Bar No. 193065),
CHRISTINE M. PAJAK (State Bar No. 217173), and
H. ALEXANDER FISCH (State Bar No. 223211), Members of
STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600/Facsimile: (310) 228-5788
E-mails: tstolman@stutman.com; mfineman@stutman.com;
         cpajak@stutman.com; afisch@stutman.com

[Proposed] Reorganization Counsel for Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names used by Debtor(s) within last 8 years: | Case No.: |
|---|---|
| **HASSEN REAL ESTATE PARTNERSHIP** | Chapter:    **11** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __3__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:   April /2, 2011             /s/ Tarek Alhassen
                                   Tarek Alhassen/Secretary of Hassen Real Estate Corporation,
                                   General Partner of Hassen Real Estate Partnership
                                   Signer/Title

Date:   April 10, 2011             /s/ Christine M. Pajak
                                   Signature of Attorney
                                   **Christine M. Pajak**
                                   **Stutman, Treister & Glatt Professional Corporation**

Hassen Real Estate Partnership
100 North Barranca Avenue
Suite 900
West Covina, CA 91791-1600

Theodore B. Stolman; Marina Fineman
Christine M. Pajak; H. Alexander Fisch
Stutman, Treister and Glatt
1901 Avenue of the Stars 12th Floor
Los Angeles, CA 90067

United States Trustee
725 South Figueroa Street 26th Floor
Los Angeles, CA 90017

540188v1

Ace Pelizon Plumbing
120 E Badillo
Covina, CA 91723

Arcadia Property Services Inc
11730 Hallwood Dr
El Monte, CA 91732

Athens Services
14048 E. Valley Blvd.
City of Industry, CA 91746

Employment Development Department
Bankruptcy Group MIC 92E
Sacramento, CA 94280-0001

Encore Lighting
2125 S Hellman Ave
No E
Ontario, CA 91761

Franchise Tax Board
Attention Bankruptcy
PO Box 2952
Sacramento, CA 95812-2952

H. Mark Mersel, Esq.
Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, CA 92612

Hydro Connections Inc
545 N 2nd Ave
Covina, CA 91723

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Key Bank Real Estate Capital
911 Main St Suite 1500
Kansas City, MO 64105

LNR Partners, Inc.
Attn: Dmitry Sulsky, Asset Mgr.
1601 Washington Ave., Suite 700
Miami Beach, FL 33139

Newman and Nelson Inc
908 S Village Oaks Dr
Covina, CA 91722

Precision Air Conditioning and Mech Inc
PO Box 8488
Long Beach, CA 90808

Securities Exchange Commission
5670 Wilshire Blvd 11th Floor
Los Angeles, CA 90036

Southern California Edison
G.O.1 Room G44
2244 Walnut Grove
Rosemead, CA 91770

Suburban Water Systems
PO Box 6105
Covina, CA 91722

The Gas Company
P.O. Box 30337
GT 11 G2
Los Angeles, CA 90030

Verizon California
PO Box 920041
Dallas, TX 75392-0041

540188v1